# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

KIMBERLY EDELSTEIN,
Plaintiff,

Case No. 1:17-cv-00305
Barrett, J.
Litkovitz, M.J.

vs.

JUDGE GREG STEPHENS, *et al.*,
Defendants.

**ORDER**

This matter is before the Court following an informal telephone discovery conference held on November 15, 2018, concerning the scheduling of plaintiff's deposition. To accommodate the concerns of all parties and counsel, the deposition is scheduled for Tuesday, November 27, 2018 to begin at 2:00 p.m. and to be held at the downtown offices of defendants' counsel. The deposition will resume on Wednesday, November 28, 2018 at 3:00 p.m. and will take place at a location to be designated by defendants' counsel. The undersigned will be available by telephone to resolve any disputes that may arise during the course of the deposition.

**IT IS SO ORDERED.**

Date: 11/15/18

Karen L. Litkovitz
United States Magistrate Judge