UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Kimberly Edelstein,

    Plaintiff,

v.

Judge Greg Stephens, *et al.*,

    Defendants.

Case No. 1:17cv305

Judge Michael R. Barrett

## **AMENDED ORDER**

This matter is before the Court on the Court's Order denying Plaintiff's Motion for Reconsideration. (Doc. 184).

As part of her briefing on her Motion for Reconsideration, Plaintiff requested pursuant to Federal Rule of Civil Procedure 54(b) that this Court enter a final entry as to Defendant Michael Gmoser and all claims Plaintiff had against Michael Gmoser. (Doc. 177, PAGEID# 3069). The Court construed Plaintiff's request as a motion, and granted the motion. While the Court's Order referenced Plaintiff's substantive due process and intentional interference with a business relationship claims (Doc. 184, PAGEID# 3206), this Court had previously dismissed Plaintiff's claims against Prosecutor Gmoser for intentional infliction of emotional distress and defamation (Doc. 40). These previously dismissed claims were omitted from the language in the Order granting Plaintiff's motion. Therefore, the Court's Order should be amended to read as follows:

> Based on the forgoing, the Court hereby **DENIES** Plaintiff's Motion to Reconsider (Doc. 174); but to the extent that Plaintiff moves for certification pursuant to Federal Rule of Civil Procedure 54(b) as to her substantive due process, intentional interference with a business relationship, intentional

infliction of emotional distress and defamation claims against Defendant Gmoser, that motion is **GRANTED**.

**IT IS SO ORDERED**.

                                                 */s/ Michael R. Barrett*
                                                 Judge Michael R. Barrett
                                                 United States District Court