**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

Kimberly Edelstein,

    Plaintiff,

                                                            Case No. 1:17cv305

      v.                                            Judge Michael R. Barrett

Judge Greg Stephens, *et al.*,

    Defendants.

**<u>AMENDED JUDGMENT IN A CIVIL CASE</u>**

[   ]   **JURY VERDICT**: This action came before the Court for a trial by jury. The issues have been tried and the Jury has rendered its verdict.

[X]   **DECISION BY COURT**: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**: To the extent that Plaintiff moves for certification pursuant to Federal Rule of Civil Procedure 54(b) as to her substantive due process, intentional interference with a business relationship, intentional infliction of emotional distress and defamation claims against Defendant Gmoser, the Motion for Reconsideration is GRANTED.

Date: March 1, 2021                                   Richard W. Nagel, Clerk
                                                            Clerk

                                            By:        *S/Barbara A. Crum*
                                                            Deputy Clerk