**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO, WESTERN DIVISION**

| | | |
|---|---|---|
| KIMBERLY EDELSTEIN, | : | Case No. 1:17-CV-305 |
| | : | |
| Plaintiff, | : | Judge Michael R. Barrett |
| | : | Magistrate Judge Karen L. Litkovitz |
| vs. | : | |
| | : | |
| JUDGE GREG STEPHENS, *et al*. | : | |
| | : | |
| Defendants. | : | |

## MOTION TO WITHDRAW OF PAUL CROUSHORE

COMES NOW counsel for Plaintiff, Paul Croushore, and pursuant to Local Rule 83.4(b) states that the client does not cooperate with counsel, the facts of which may be further demonstrated at any necessary hearing. The trial can proceed with Ms. Edelstein representing herself without prejudice to any party.

Respectfully submitted,

_/s/ Paul Croushore_____
Paul Croushore, JD, LLM
OH 0055524; IN 19227-15; KY 89146
PO Box 75170
Cincinnati, OH  45275
croushlaw@gmail.com
(513) 225-6666
Fax (859) 689-0793

Attorney for Kimberly Edelstein

### Certificate of Service

It is hereby certified that a true copy of the foregoing was duly served by ECF notification upon Linda Woeber and Cooper Bowen, and upon Kimberly Edelstein by email to wildflower.ke18@gmail.com and by certified mail, postage paid, to 9384 Cardinal Court, Cincinnati, OH 45242, on this the 13 th day of January 2023.

_/s/ Paul Croushore_____
Paul Croushore (0055524)