UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Kimberly Edelstein,
    Plaintiff,

v.       Case No. 1:17cv305

Judge Greg Stephens,      Judge Michael R. Barrett

    Defendant.

## Civil Minutes
### Trial (Day 6)
### before the

**HONORABLE MICHAEL R. Barrett, U.S. DISTRICT JUDGE**
**COURT REPORTER:** Maryann Maffia, Official
**COURTROOM DEPUTY:** Krista Zeller
**LAW CLERK:** Grace Royalty
**DATE:** January 30, 2023      **TIME:** 9:10 - 12:10 ⟩ 6:43
    1:15 - 4:58

| Attorney for Plaintiff(s): | Attorney for Defendant(s): |
|---|---|
| Kimberly Edelstein | Linda Woeber |
|  | Cooper Bowen |

### WITNESSES

| | |
|---|---|
| Jamie Wilson | Daniel Gehr |
| Linda Tuttle | |
| Cheryl Welch | |
| Gary Yates | |

### PROCEDURES

| | | | |
|---|---|---|---|
| ✓ | Counsel present | ___ | Opening Statements |
| ✓ | Plaintiff calls witnesses/continues | ✓ | Plaintiff admits exhibits |
| ___ | Plaintiff Rests | ___ | Defendant moves for Rule 50 motions |
| ___ | Judge Grants/Denies Rule 50 Motion | ✓ | Defendant calls witnesses |
| ✓ | Defendant admits exhibits | ___ | Defendant rests |
| ___ | Defendant renews Rule 50 Motion | ___ | Judge Grants/Denies Rule 50 Motion |
| ___ | Plaintiff's rebuttal | ___ | No rebuttal |
| ___ | Jury Charge conference held | ___ | Jury charged |
| ___ | Closing Arguments | ___ | Jury deliberates |

Court adjourned or in recess until  1/30/23 at 9:00 am.