# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

Kimberly Edelstein,
    Plaintiff,

v.                                    Case No.    1:17cv305

Judge Greg Stephens,                  Judge Michael R. Barrett

        Defendant.

## Civil Minutes
### Trial (Day 9)
### before the

**HONORABLE MICHAEL R. Barrett, U.S. DISTRICT JUDGE**
**COURT REPORTER:**   Maryann Maffia, Official
**COURTROOM DEPUTY:** Krista Zeller
**LAW CLERK:** Grace Royalty
**DATE:**   February 2, 2023        **TIME:** 10:15-1:05
                                          1:35- 4:50

Attorney for Plaintiff(s):              Attorney for Defendant(s):
_Kimberly Edelstein_                    _Linda Weeber_
_____                 _Cooper Bowen_
_____                 _____
_____                 _____

## WITNESSES

_____                 _____
_____                 _____
_____                 _____
_____                 _____

## PROCEDURES

| | | |
|---|---|---|
| ✓ | Counsel present | _____ Opening Statements |
| _____ | Plaintiff calls witnesses/continues | _____ Plaintiff admits exhibits |
| _____ | Plaintiff Rests | _____ Defendant moves for Rule 50 motions |
| _____ | Judge Grants/Denies Rule 50 Motion | _____ Defendant calls witnesses/continues |
| _____ | Defendant admits exhibits | _____ Defendant rests |
| _____ | Defendant renews Rule 50 Motion | _____ Judge Grants/Denies Rule 50 Motion |
| _____ | Plaintiff's rebuttal | _____ No rebuttal |
| _____ | Jury Charge conference held | ✓ Jury charged |
| ✓ | Closing Arguments | ✓ Jury deliberates |

Court adjourned or in recess until ___2/8/23___.