UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Kimberly Edelstein,

    Plaintiff,

    v.                                   Case No. 1:17cv305

Judge Greg Stephens,                  Judge Michael R. Barrett

    Defendant.

## INTERROGATORY ONE – FIRST AMENDMENT

**YOU MUST UNANIMOUSLY AGREE ON THE ANSWERS TO THE FOLLOWING QUESTIONS:**

    1.    Did Plaintiff prove by a preponderance of the evidence Defendant violated the First Amendment's Free Exercise clause under 42 U.S.C. § 1983?

        Yes  ✓          No _____

**If your answer to Question 1 is Yes, please proceed to Question 2. If you answer to Question 1 is No, please stop here and sign below.**

    2.    What amounts of damages, if any, did Plaintiff prove by a preponderance of the evidence were directly caused to her by Defendant's decision to terminate her employment?

        a)    back pay                            $ 835,000

        b)    front pay                           $ 0

        c)    compensatory damages      $ 250,000

**Please proceed to Question 3.**

1

3. Did Defendant prove by a preponderance of the evidence that Plaintiff failed to mitigate her damages?

Yes _____  No \_\_✓_____

**If your answer to Question 3 is Yes, please proceed to answer Question 4. If your answer to Question 3 is No, please proceed to answer Question 5.**

4. By what amount did Defendant prove by a preponderance of the evidence that your award of damages to Plaintiff should be reduced?

$ \_\_\_\_0_____

**Please proceed to answer Question 5.**

5. What amount of money, if any, do you award to Plaintiff as punitive damages against Defendant for conduct which was malicious or in reckless disregard of Plaintiff's rights as defined in the jury instructions?

$ 35,000.00

**Our answers to the foregoing Interrogatories are entered unanimously.**

Date: 02/03/2023

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

Kimberly Edelstein,

    Plaintiff,

v.                                 Case No. 1:17cv305

Judge Greg Stephens,                  Judge Michael R. Barrett

    Defendant.

### INTERROGATORY TWO – EQUAL PROTECTION AND OHIO LAW

**YOU MUST UNANIMOUSLY AGREE ON THE ANSWERS TO THE FOLLOWING QUESTIONS:**

    1.    Did Plaintiff prove by a preponderance of the evidence Defendant violated the Fourteenth Amendment's Equal Protection Clause under 42 U.S.C. § 1983 and Ohio Revised Code § 4112.02?

                Yes _____      No \_\_✓\_\_\_\_\_

**If your answer to Question 1 is Yes, please proceed to Question 2. If you answer to Question 1 is No, please stop here and sign below.**

    2.    What amounts of damages, if any, did Plaintiff prove by a preponderance of the evidence were directly caused to her by Defendant's decision to terminate her employment?

           a)    back pay                        $_____

           b)    front pay                       $_____

           c)    compensatory damages     $_____

**Please proceed to Question 3.**

3

3. Did Defendant prove by a preponderance of the evidence that Plaintiff failed to mitigate her damages?

Yes _____  No _____

**If your answer to Question 3 is Yes, please proceed to answer Question 4. If your answer to Question 3 is No, please proceed to answer Question 5.**

4. By what amount did Defendant prove by a preponderance of the evidence that your award of damages to Plaintiff should be reduced?

$ _____

**Please proceed to answer Question 5.**

5. What amount of money, if any, do you award to Plaintiff as punitive damages against Defendant for conduct which was malicious or in reckless disregard of Plaintiff's rights as defined in the jury instructions?

$ _____

**Our answers to the foregoing Interrogatories are entered unanimously.**

Date: 02/03/2023

4

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

Kimberly Edelstein,

    Plaintiff,

v.                                      Case No. 1:17cv305

Judge Greg Stephens,                  Judge Michael R. Barrett

    Defendant.

## GENERAL VERDICT FORM

On Plaintiff's claim under 42 U.S.C. § 1983 for alleged violation of the First Amendment's Free Exercise clause against Defendant, we find in favor of:

    __✓__ Plaintiff OR _____ Defendant

On Plaintiff's claims under 42 U.S.C. § 1983 for alleged violation of the Fourteenth Amendment's Equal Protection Clause and religious discrimination under Ohio Revised Code § 4112.02 against Defendant, we find in favor of:

    _____ Plaintiff OR __✓__ Defendant

**Executed in Cincinnati, Ohio, on this __03__ day of February, 2023.**

[signature redacted]

5