**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

Kimberly Edelstein,

    Plaintiff,

        v.                                  Case No.   1:17cv305

Judge Greg Stephens, et al.,

    Defendants.

## JUDGMENT IN A CIVIL CASE

[ X ]   **JURY VERDICT**: This action came before the Court for a trial by jury. The issues have been tried and the Jury has rendered its verdict.

[   ]   **DECISION BY COURT**: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**: The jury awarded damages against Defendant Stephens ($1,120,000) in favor of Plaintiff Edelstein for the claim of violation of the First Amendment's Free Exercise clause under 42 U.S.C. § 1983. The jury has found in favor of Defendant Stephens for the claim of alleged violation of the Fourteenth Amendment's Equal Protection Clause under 42 U.S.C. § 1983 and the claim of religious discrimination under Ohio Revised Code § 4112.02. This matter is closed.

Date: February 3, 2023                         Richard W. Nagel, Clerk
                                                               Clerk

                                      By:    *s/ Krista Zeller*
                                                        Deputy Clerk