# UNITED STATES DISTRICT COURT

for the

Southern District of Ohio

| | | |
|---|---|---|
| Kimberly Edelstein | ) | |
| | ) | |
| v. | ) | Case No.:1:17-CV-305 |
| Greg Stephens | ) | |
| | ) | |

## BILL OF COSTS

Judgment having been entered in the above entitled action on    02/03/2023    against    Greg Stephens, Defendant
<br>*Date*

the Clerk is requested to tax the following as costs:

| | | |
|---|---|---|
| Fees of the Clerk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | S | 0.00 |
| Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 639.00 |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case . . . . . . | | 1,225.20 |
| Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 372.77 |
| Fees for witnesses *(itemize on page two)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 4,243.42 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 0.00 |
| Docket fees under 28 U.S.C. 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 0.00 |
| Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 0.00 |
| Compensation of court-appointed experts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 0.00 |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 . . . . . | | 0.00 |
| Other costs *(please itemize)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 7,785.45 |
| TOTAL    S | | 14,265.84 |

*SPECIAL NOTE:* Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

[✔] Electronic service      [ ] First class mail, postage prepaid

[ ] Other:

s/ Attorney:    Kimberly Edelstein

Name of Attorney: Kimberly Edelstein

For:        Plaintiff, Kimberly Edelstein        Date:    02/17/2023
<br>*Name of Claiming Party*

### Taxation of Costs

Costs are taxed in the amount of             and included in the judgment.

# UNITED STATES DISTRICT COURT

| Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME , CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| Kim Slaton, Cincinnati, Ohio | 1 | 40.00 | | | 4 | 2.62 | $42.62 |
| Cheryl Welch, Millville, Ohio | 1 | 40.00 | | | 16 | 10.65 | $50.65 |
| Tammy Maxwell, Hamilton, Ohio | 1 | 40.00 | | | 23 | 15.30 | $55.30 |
| Jamie Wilson, Hamilton, Ohio | 1 | 40.00 | | | 11 | 7.27 | $47.27 |
| Kelly Heile, Hamilton, Ohio | 1 | 40.00 | | | 22 | 14.65 | $54.65 |
| Tamara Sack, Santa Monica, CA (virtual appearance) | 1 | 40.00 | | | | | $40.00 |
| | | | *Page 1* | | TOTAL | | $290.49 |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."

"Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
"A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.

Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

When a party may or must act within a specified time after service and service is made under Rule 5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

# UNITED STATES DISTRICT COURT

| | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | |
|---|---|---|---|---|---|---|---|
| **Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees)** | | | | | | | |
| NAME , CITY AND STATE OF RESIDENCE | Days | Total Cost | Days | Total Cost | Miles | Total Cost | Total Cost Each Witness |
| Gary Yates, Manchester, Ohio | 1 | 40.00 | | | 138 | 90.13 | $130.13 |
| Dr. Ken Manges, Cincinnati, Ohio | 1 | 3,500.00 | | | | | $3,500.00 |
| Heather Cady, Liberty Towship, Ohio | 1 | 40.00 | | | 12 | 8.03 | $48.03 |
| Jana Ballinger, Liberty Township, Ohio | 1 | 40.00 | | | 13 | 8.56 | $48.56 |
| Linda Tuttle, Cincinnati, Ohio | 1 | 40.00 | | | 11 | 7.20 | $47.20 |
| David Washington, West Chester,Ohio | 1 | 40.00 | | | 13 | 8.41 | $48.41 |
| | | | Page 2 | | **TOTAL** | | $3,822.33 |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
"Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
"A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
 Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees   should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

 When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E). or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

 Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

# UNITED STATES DISTRICT COURT

| **Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees)** | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME , CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| Keith Spaeth, Hamilton, Ohio | 1 | 40.00 | | | 33 | 21.85 | $61.85 |
| Andy Steed, Middletown, Ohio | 1 | 40.00 | | | 44 | 28.75 | $68.75 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | *Page 3* | | **TOTAL** | | $130.60 |

### NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
"Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
"A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.

Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

STATE OF INDIANA )
) ss
COUNTY OF MARION )


I, Kimberly Edelstein, being first duly sworn on oath, states as follows:

1. I am over the age of 18, I have personal knowledge of the matters contained herein, and I am executing this Affidavit of my own free will.

2. This affidavit is being executed as to the costs incurred by Plaintiff, Kimberly Edelstein in the matter before the U.S. District Court for the Southern District of Ohio, entitled *Kimberly Edelstein v. Greg Stephens*, Case No. 1:17-CV-305.

3. I checked with the Clerk's Office and there were no fees of the Clerk.

4. I incurred fees for printed deposition transcripts for use in the case in the amount of $1,225.20. Receipts are attached as Exhibit A.

5. I incurred fees for the service of subpoenas in the amount of $639.00. Receipts are attached as Exhibit B.

6. I incurred fees and for printing in the amount of $372.77. These fees cover the printing of three copies of all of Plaintiff's exhibits (PX 1 through PX 134), totaling 727 pages. The Receipts are attached as Exhibit C.

7. I incurred witness appearance fees in the amount of $4,243.42. Receipts are attached as Exhibit D.

8. I incurred other costs totaling $7,785.45, which include the filing fee in the amount of $400.00, expert report fees in the amount of $4,220.00, gas and rooming fees for Plaintiff's trial appearance in the amount of $961.45, legal fees and costs paid to Paul Croushore in the amount of $2,024.00, and parking fees in the amount of $180.00. Receipts are attached as Exhibit E.

9. I verify that such costs listed above, and which are included on the Bill of Costs, are correct and have been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed.

10. My total costs sought with the filing of a Bill of Costs are $14,265.84.



_Kimberly Edelstein_

SWORN TO BEFORE ME and subscribed in my presence this _14th_ day of February, 2023.

_Notary Public_

# INVOICE



**Raymer Reporting, Inc.**
4224 Montgomery Rd
Cincinnati, OH 45212

513.832.0498 wendy@raymerreporting.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 6196 | 12/28/2018 | 3133 |
| **Job Date** | **Case No.** | |
| 12/7/2018 | 1:17-CV-305 | |
| **Case Name** | | |
| Kimberly Edelstein vs. Greg Stephens, et al. | | |
| **Payment Terms** | | |
| Net 30, 1.5% Finance Charge | | |

Kimberly Edelstein
Law Office of Kimberly Edelstein
9384 Cardinal Court
Cincinnati OH  45242

APPEARANCE ONLY OF:

    Tammy Maxwell - Hold

        Attendance                               1.50  Hours                 90.00

                                   **TOTAL DUE  >>>**            **$90.00**

TRANSCRIPT NOT ORDERED

It has been a pleasure working with you!

**Tax ID:** 27-1003063

Phone: (614) 975-2400    Fax:

*Please detach bottom portion and return with payment.*

Kimberly Edelstein
Law Office of Kimberly Edelstein
9384 Cardinal Court
Cincinnati OH  45242

Invoice No.    :  6196
Invoice Date   :  12/28/2018
**Total Due**     :  **$90.00**

Remit To:   **Raymer Reporting, Inc.**
             **4224 Montgomery Road**
             **Cincinnati OH  45212**

Job No.    :  3133
BU ID     :  1-MAIN
Case No.   :  1:17-CV-305

# INVOICE



**Raymer Reporting, Inc.**
4224 Montgomery Rd
Cincinnati, OH 45212

513.832.0498 wendy@raymerreporting.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 6195 | 12/28/2018 | 3133 |
| **Job Date** | **Case No.** | |
| 12/7/2018 | 1:17-CV-305 | |
| **Case Name** | | |
| Kimberly Edelstein vs. Greg Stephens, et al. | | |
| **Payment Terms** | | |
| Net 30, 1.5% Finance Charge | | |

Kimberly Edelstein
Law Office of Kimberly Edelstein
9384 Cardinal Court
Cincinnati OH 45242

| ORIGINAL TRANSCRIPT OF: | | | |
|---|---|---|---|
| Tammy Jean Maxwell | | | 280.45 |
| Exhibits - Scanned | 14.00 Pages | | 4.90 |
| Shipping and Handling | | | 8.00 |
| | **TOTAL DUE >>>** | | **$293.35** |

EXHIBITS 1 AND 2 SENT VIA PRIORITY USPS
SIGNATURE WAIVED

It has been a pleasure working with you!

**Tax ID:** 27-1003063

Phone: (614) 975-2400   Fax:

*Please detach bottom portion and return with payment.*

Kimberly Edelstein
Law Office of Kimberly Edelstein
9384 Cardinal Court
Cincinnati OH 45242

| | | |
|---|---|---|
| Invoice No. | : | 6195 |
| Invoice Date | : | 12/28/2018 |
| **Total Due** | : | **$293.35** |

| | | |
|---|---|---|
| Job No. | : | 3133 |
| BU ID | : | 1-MAIN |
| Case No. | : | 1:17-CV-305 |

Remit To:   **Raymer Reporting, Inc.**
**4224 Montgomery Road**
**Cincinnati OH  45212**

# INVOICE



**Raymer Reporting, Inc.**
4224 Montgomery Rd
Cincinnati, OH 45212

513.832.0498 wendy@raymerreporting.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 6197 | 12/28/2018 | 3134 |
| **Job Date** | **Case No.** | |
| 12/10/2018 | 1:17-CV-305 | |
| **Case Name** | | |
| Kimberly Edelstein vs. Greg Stephens, et al. | | |
| **Payment Terms** | | |
| Net 30, 1.5% Finance Charge | | |

Kimberly Edelstein
Law Office of Kimberly Edelstein
9384 Cardinal Court
Cincinnati OH 45242

| | | |
|---|---|---|
| TRANSCRIPT COPY OF: | | |
| Judge Noah Edward Powers II | | 176.90 |
| Exhibits - Scanned | 57.00 Pages | 19.95 |
| | **TOTAL DUE >>>** | **$196.85** |

SIGNATURE WAIVED

It has been a pleasure working with you!

Tax ID: 27-1003063

Phone: (614) 975-2400   Fax:

*Please detach bottom portion and return with payment.*

Kimberly Edelstein
Law Office of Kimberly Edelstein
9384 Cardinal Court
Cincinnati OH 45242

| | | |
|---|---|---|
| Invoice No. | : | 6197 |
| Invoice Date | : | 12/28/2018 |
| **Total Due** | : | **$196.85** |

Remit To:  **Raymer Reporting, Inc.**
**4224 Montgomery Road**
**Cincinnati OH 45212**

| | | |
|---|---|---|
| Job No. | : | 3134 |
| BU ID | : | 1-MAIN |
| Case No. | : | 1:17-CV-305 |

# INVOICE

*Raymer Reporting, Inc.*
4224 Montgomery Rd
Cincinnati, OH 45212

513.832.0498 wendy@raymerreporting.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 6198 | 12/28/2018 | 3134 |
| **Job Date** | **Case No.** | |
| 12/10/2018 | 1:17-CV-305 | |
| **Case Name** | | |
| Kimberly Edelstein vs. Greg Stephens, et al. | | |
| **Payment Terms** | | |
| Net 30, 1.5% Finance Charge | | |

Kimberly Edelstein
Law Office of Kimberly Edelstein
9384 Cardinal Court
Cincinnati OH 45242

| | | | |
|---|---|---|---|
| APPEARANCE ONLY OF: | | | |
| Judge Noah Edward Powers II - Hold | | | |
| Attendance | | 1.50 Hours | 90.00 |
| | **TOTAL DUE >>>** | | **$90.00** |

TRANSCRIPT NOT ORDERED

It has been a pleasure working with you!

**Tax ID:** 27-1003063

Phone: (614) 975-2400   Fax:

*Please detach bottom portion and return with payment.*

Kimberly Edelstein
Law Office of Kimberly Edelstein
9384 Cardinal Court
Cincinnati OH 45242

| | | |
|---|---|---|
| Invoice No. | : | 6198 |
| Invoice Date | : | 12/28/2018 |
| **Total Due** | : | **$90.00** |

| | | |
|---|---|---|
| Remit To: | **Raymer Reporting, Inc.** | |
| | **4224 Montgomery Road** | |
| | **Cincinnati OH 45212** | |

| | | |
|---|---|---|
| Job No. | : | 3134 |
| BU ID | : | 1-MAIN |
| Case No. | : | 1:17-CV-305 |

Elaine Haberer, RPR

INVOICE


KIMBERLY EDELSTEIN,

      Plaintiff,

                            CASE NO: 1:17-CV-305

vs.


GREG STEPHENS, ET AL,

      Defendants.




Transcripts of depositions held on November 1st, 2018.

Judge Keith M. Spaeth................................................$193.50
Andrew Steed............................................................$ 63.00

TOTAL AMOUNT DUE:................................................$256.50


THANK YOU!

Elaine Haberer, RPR

**Kimberly Edelstein, Esq.**
9384 Cardinal Ct
Blue Ash, OH 45242-6702

1013

13-1542/420

12/13 20 18

Pay to the
Order of  Elaine Haberer                          $256.50

two hundred fifty-six ————————————————— 50/100 Dollars

**The Huntington National Bank**

For Depo transcripts (2)                    _Ki Edelst_

⑈042015422⑈  ⬛⬛⬛⬛⬛⬛⬛⬛⬛ 1013

2042

| | |
|---|---|
| Posted Date | 20181214 |
| R/T | 42015422 |
| Bank | 101 |
| Check | 1013 |
| Account | ⬛⬛⬛⬛⬛ |
| Amount | $256.50 |
| DIN | 450777467 |
| Tran. Code | 79 |
| Media | -O- |
| Cr Acct | 2652903553 |
| RSN | 0 |
| Cr DIN | 450777466 |

**Kimberly Edelstein, Esq.**
9384 Cardinal Ct
Blue Ash, OH 45242-6702

1015

13-1542/420

12/18 2018

Pay to the
Order of   Dinah Phillips                          $ 298.50

two hundred ninety-eight———————— 50/100 Dollars

The Huntington National Bank

For Depo transcript of Gary Yates          _C. Ed_          MP

⑆04201542⑆ ▓▓▓▓▓▓▓▓ ⑈ 1015

---

0001 086298 01102019 1  M 0005
260652 4264525843186809 NBKXI4Q
FOR DEPOSIT ONLY BANK OF AMERICA NA
>031100160<

Dinah Phillips
Pay It Bank of America na
Acct 4264 5258 4318 6809

Check 258085 01/10/2019 5 12 i3 Card 15019 NRKXI4Q  63

---

| | |
|---|---|
| Posted Date | 20190110 |
| R/T | 42015422 |
| Bank | 101 |
| Check | 1015 |
| Account | ▓▓▓▓▓▓ |
| Amount | $298.50 |
| DIN | 740773841 |
| Tran. Code | 79 |
| Media | -O- |
| Cr Acct | 1012001 |
| RSN | 0 |
| Cr DIN | 740768003 |



**UNITED PROCESS SERVERS**
A T T O R N E Y    S E R V I C E S

142 East Figueroa Street | Santa Barbara, CA 93101

800 South Broadway, Ste. 204 | Santa Maria, CA 93454

890 Osos Street, Suite D | San Luis Obispo, CA 93401



KIMBERLY EDELSTEIN, ESQ.
1751 W. 72nd PLACE
Indianapolis IN 46260

| Tuesday January 10, 2023 | *INVOICE* | KEDEL.235044 |
|---|---|---|

Client Matter #: Stephens
Case #: 1:17CV305
Court: United States District Court for the Southern District of Ohio
Title: KIMBERLY EDELSTEIN vs. GREG STEPHENS
Documents: SUBPOENA TO APPEAR AND TESTIFY AT A HEARING OR TRIAL IN A CIVIL ACTION

| Date | Description | Amount |
|---|---|---|
| 01/08/23 04:21PM | Personal Service: TAMARA SACK, AT Home 1317 Cliff Drive SANTA BARBARA, CA 93109, by serving: party in item 3.a., White, Female, 58 Years Old, Brown Hair, 5 Feet 3 Inches, 135 Pounds, Served By: Colleen M. Dennis. | |
| 01/06/23 | DEPOSIT  Check Number: BG1P6CC06328, Thank You! | -179.00 |
| 01/08/23 | SERVICE FEE | 135.00 |
| 01/08/23 | WITNESS FEES | 40.00 |
| 01/08/23 | CHECK CHARGE | 4.00 |
| | **Thank you for selecting United Process Servers, Inc.** | **0.00** |

Kimberly Edelstein
9884 Cardinal Ct.
Blue Ash, OH 45242

13-1542/420                                    1865

1/9/23    Date

Pay to the
Order of   Anna McDonald                    $ 100.00

one hundred _____ 00/100 Dollars

HUNTINGTON
WWW.HUNTINGTON.COM

For subpoena service

⑆04201542 2⑆ ▇▇▇▇▇▇▇ ⑈01865

---

>042200910<  20230109
First Financial Bank
Drawer#/Trans#: 50703/0120
HIN: 840913250000266

CHECK HERE FOR MOBILE OR REMOTE DEPOSIT ONLY

AT

NAME OF FINANCIAL INSTITUTION

DATE

---

| | |
|---|---|
| Posted Date | 20230110 |
| R/T | 42015422 |
| Bank | 101 |
| Check | 1865 |
| Account | ▇▇▇▇▇▇ |
| Amount | $100.00 |
| DIN | 512012636 |
| Tran. Code | 79 |
| Media | MO- |
| Cr Acct | 1012001 |
| RSN | 0 |
| Cr DIN | 512007723 |

**1895**

13-1542/420

Kimberly Edelstein
9384 Cardinal Ct.
Blue Ash, OH 45242

Date 1/21/23

Pay to the
Order of  Jeremy Caldwell                    | $ 200.00

two hundred ————————————— 00/100 Dollars

**HUNTINGTON**
WWW.HUNTINGTON.COM

For Case# 1:17-CV-305 / process service-Yates          MP

⑆04201542⑆ ▓▓▓▓▓ ⑈01895

It's Going Swimmingly Bradford Exchange Checks 1-800-323-8104 www.bradfordexchangechecks.com          © Steve Vanderbosch

---

**1894**

13-1542/420

Kimberly Edelstein
9384 Cardinal Ct.
Blue Ash, OH 45242

Date 1/21/23

Pay to the
Order of  Bernardino Elizondo                 | $ 200.00

two hundred ————————————— 00/100 Dollars

**HUNTINGTON**
WWW.HUNTINGTON.COM

Case# 1:17-CV-305
For  process service/subpoenas          MP

⑆04201542⑆ ▓▓▓▓▓ ⑈01894

It's Going Swimmingly Bradford Exchange Checks 1-800-323-8104 www.bradfordexchangechecks.com          © Steve Vanderbosch

EXHIBIT C
TO AFFIDAVIT



**Office DEPOT**
**OfficeMax**

INDIANAPOLIS - (317) 578-8001
01/22/2023 11:36 AM

VPVTPAPU4353M66FB

SALE     6323-20-9375-1111-22.12.2
281315  SS B&W Letter
  101 @ 0.15          15.15
     **You Pay         15.15S**
513777  Self Serve Hol
  101 @ 0.01           1.01
     **You Pay          1.01S**
     Subtotal:        16.16
Gross Retail and Use   1.13
     Total:           17.29
     Amex 7003:       17.29

AUTH CODE 129735
TDS Chip Read
AID A000000025010801 AMERICAN EXPRESS
CVS No Signature Required

Shop online at www.officedepot.com
*****************************************
**WE WANT TO HEAR FROM YOU!**
**Visit survey.officedepot.com**
and enter the survey code below
     16HC EZ3C Z4ZX
or scan the below QR code



*****************************************

Satisfaction Guarantee If you are not satisfied with your purchase, you can return it within 30 days,
or 14 days for furniture and technology items, with all original packaging and the receipt, see item...



**Office DEPOT**
**OfficeMax**

INDIANAPOLIS - (317) 578-8001
01/22/2023  11:08 AM

VPVTPAPU4353666FB

```
SALE      6323-20-9374-1111-22.12.2
281315  SS B&W Letter
 356 @ 0.15          53.40
      You Pay          53.40S
513777  Self Serve Hol
 356 @ 0.01           3.56
      You Pay           3.56S
      Subtotal:       56.96
Gross Retail and Use   3.99
      Total:          60.95
      Amex 7003:      60.95
```

AUTH CODE 128709
TDS Chip Read
AID A000000025010801 AMERICAN EXPRESS
CVS No Signature Required

Shop online at www.officedepot.com
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
**WE WANT TO HEAR FROM YOU!**
**Visit survey.officedepot.com**
and enter the survey code below
96HC EZ3C Z4Y9
or scan the below QR code



\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Satisfaction Guarantee. If you are not satisfied with your purchase, you can return it within 30 days, or 14 days for furniture and technology items, with original packaging and the receipt, back to



**Office DEPOT**
**OfficeMax**

INDIANAPOLIS - (317) 578-8001
01/22/2023  10:35 AM

VPVTPAPU4353466FB

SALE      6323-20-9373-1111-22.12.2
281315  SS B&W Letter
   405 @ 0.15        60.75
      **You Pay**        **60.75S**
513777  Self Serve Hol
   405 @ 0.01         4.05
      **You Pay**         **4.05S**
      Subtotal:        64.80
Gross Retail and Use   4.54
      Total:          69.34
      Amex 7003:         69.34

AUTH CODE 146494
TDS Chip Read
AID A000000025010801 AMERICAN EXPRESS
CVS No Signature Required

Shop online at www.officedepot.com
*************************************
**WE WANT TO HEAR FROM YOU!**
**Visit survey.officedepot.com**
and enter the survey code below
Q6HC EZ3C Z4XZ
or scan the below QR code



*************************************

Satisfaction Guarantee: If you are not satisfied with your purchase, you can return it within 30 days,
or 14 days for furniture and technology items, with a original receipt, packaging and the goods to...



**FedEx Office**

9648 Kenwood Rd
Blue Ash, OH, 45242-6129
(513) 793-7870

Terminal: 0198M600MIX02
10/17/2022 09:33
Receipt #: 01987R70843
Type: Purchase

| Qty | Description | Amount |
|-----|-------------|--------|
| 123 | ES B&W S/S White 8.5 x11 | 20.91 |
| 12 | PNG Color S/S 8.5x11 & 8.5x14 | 7.68 |
| 15 | PNG B&W S/S 8.5x11 & 8.5x14 | 2.55 |
| 3 | PNG B&W S/S 8.5x11 & 8.5x14 | 0.51 |
| 9 | PNG B&W S/S 8.5x11 & 8.5x14 | 1.53 |
| 3 | PNG B&W S/S 8.5x11 & 8.5x14 | 0.51 |
| 6 | PNG B&W S/S 8.5x11 & 8.5x14 | 1.02 |
| 3 | PNG B&W S/S 8.5x11 & 8.5x14 | 0.51 |
| 3 | PNG B&W S/S 8.5x11 & 8.5x14 | 0.51 |
| 3 | PNG B&W S/S 8.5x11 & 8.5x14 | 0.51 |
| 1 | PNG Color S/S 8.5x11 & 8.5x14 | 0.64 |
| 3 | PNG Color S/S 8.5x11 & 8.5x14 | 1.92 |
| 3 | PNG Color S/S 8.5x11 & 8.5x14 | 1.92 |
| 3 | PNG Color S/S 8.5x11 & 8.5x14 | 1.92 |
| 3 | PNG Color S/S 8.5x11 & 8.5x14 | 1.92 |

| | | |
|---|---|---|
| SubTotal | | 44.56 |
| District tax | | 0.00 |
| City tax | | 0.00 |
| County tax | | 0.91 |
| State tax | | 2.56 |
| Total | USD | $48.03 |



Tell us how we're doing and receive $5 off your next $30 print order*. Complete our survey by scanning the QR code below, visit **fedex.com/welisten**.



Offer expires 12/31/2022

*$5 off print order of $30.00 or more. Discount applies to orders placed in a FedEx Office store or online through FedEx Office® Print Online. Offer is valid at time of purchase only, has cash value and may not be discounted or credited toward past or future purchases, discount cannot be used in combination with custom-bid orders, other coupons, or discounts, including account pricing. Discount not valid on the following products and services: finishing only orders, self-service print, photo station, fax or scan, direct mail, FEDM® or postage. Does not apply to shipping, Custom Branded boxes, Pack or delivery charges. Does not apply to retail products. No cash value. Offer void where prohibited or restricted by law. Products, services and hours may vary by location. © 2022 FedEx. All rights reserved. Offer expires 12/31/2022.

By submitting your project to FedEx Office or by making a purchase in a FedEx Office store, you agree to all FedEx Office terms and conditions, including limitations of liability.

Request a copy of our terms and conditions from a team member or visit **fedex.com/officeserviceterms** for details.



## FedEx
### Office

9648 Kenwood Rd
Blue Ash, OH, 45242-6129
(513) 793-7870

Terminal: 0198M600MIX02
10/17/2022 09:33
Receipt #: 01987R70843
Type: Purchase

Acct #:***********5007
AMERICAN EXPRESS
Chip Read
Auth No.: 146834
Mode: Issuer
AID: A000000025010801
NO CVM
CVM Result: 1F0202
TVR: 0000008000
IAD: 065A0103602002
TSI: F800
ARC: 00
APPROVED

The Cardholder agrees to pay the Issuer
of the charge card in accordance with
the agreement between the Issuer and
the Cardholder.



## FedEx
### Office

Tell us how we're doing and
receive $5 off your next $30
print order*. Complete our survey
by scanning the QR code below,
visit **fedex.com/welisten.**



Offer expires 12/31/2022

*$5 off print order of $30.00 or more. Discount applies to orders placed in a FedEx Office store or online through FedEx Office® Print Online. Offer is valid at time of purchase only, no cash value and may not be discounted or credited toward past or future purchases, discount cannot be used in combination with custom-bid orders, other discounts, or discounts, including account pricing. Discount not valid on the following products and services: finishing only orders, self-service print, photo station, fax or scan, direct mail, EDDM® or postage. Does not apply to shipping, Custom Branded boxes, rush or delivery charges. Does not apply to retail products. No cash value. Offer void where prohibited or restricted by law. Products, services and hours may vary by location. © 2022 FedEx. All rights reserved. Offer expires 12/31/2022.

By submitting your project to FedEx Office
or by making a purchase in a FedEx Office
store, you agree to all FedEx Office terms
and conditions, including limitations
of liability.

Request a copy of our terms and
conditions from a team member or visit
**fedex.com/officeserviceterms** for details.



**FedEx Office**

9648 Kenwood Rd
Blue Ash, OH 45242-6129
(513) 793-7870

Terminal: 0198MIX02
9/22/2022 14:09
Receipt #: 01986SH3501
Type: Purchase

| Qty | Description | Amount |
|-----|-------------|--------|
| 12 | ES Color S/S LTR | 7.68 |
| 43 | PNG B&W S/S 8.5x11 & 8.5x14 | 7.31 |
| 55 | PNG Color S/S 8.5x11 & 8.5x14 | 35.20 |

| | | |
|--|--|--|
| SubTotal | | 50.19 |
| District tax | | 0.00 |
| City tax | | 0.00 |
| County tax | | 1.03 |
| State tax | | 2.89 |
| Total | USD | $54.11 |

Acct #:************5007
AMERICAN EXPRESS
Chip Read
Auth No.: 144593
Mode: Issuer
AID: A000000025010801
NO CVM
CVM Result: 1F0202
TVR: 0000008000
IAD: 065A010360A002
TSI: F800
ARC: 00
APPROVED

The Cardholder agrees to pay the Issuer
of the charge card in accordance with
the agreement between the Issuer and
the Cardholder.



**FedEx Office**

Tell us how we're doing and
receive $5 off your next $30
print order*. Complete our survey
by scanning the QR code below,
visit **fedex.com/welisten**.



Offer expires 12/31/2022

*$5 off print order of $30.00 or more. Discount applies to orders placed
in a FedEx Office store or online through FedEx Office® Print Online.
Offer is valid at time of purchase only, no cash value and may not be
discounted or credited toward past or future purchases, discount cannot
be used in combination with custom-bid orders, other coupons, or
discounts, including account pricing. Discount not valid on the following
products and services: finishing only orders, self-service print, photo
station, fax or scan, direct mail, EDDM® or postage. Does not apply to
shipping, Custom Branded boxes, rush or delivery charges. Does not
apply to retail products. No cash value. Offer void where prohibited or
restricted by law. Products, services and hours may vary by location.
© 2023 FedEx. All rights reserved. Offer expires 12/31/2022

By submitting your project to FedEx Office
or by making a purchase in a FedEx Office
store, you agree to all FedEx Office terms
and conditions, including limitations
of liability.

Request a copy of our terms and
conditions from a team member or visit
**fedex.com/officeserviceterms** for details.



**FedEx**
Office

9648 Kenwood Rd
Blue Ash, OH 45242-6129
(513) 793-7870

Terminal: 0198MIX01
9/19/2022 09:56
Receipt #: 0198EZ46435
Type: Purchase

| Qty | Description | Amount |
|-----|-------------|--------|
| 1 | PNG Color S/S 8.5x11 & 8.5x14 | 0.64 |
| 1 | PNG Color S/S 8.5x11 & 8.5x14 | 0.64 |
| 1 | PNG Color S/S 8.5x11 & 8.5x14 | 0.64 |
| 1 | PNG Color S/S 8.5x11 & 8.5x14 | 0.64 |
| 1 | PNG Color S/S 8.5x11 & 8.5x14 | 0.64 |
| 1 | PNG Color S/S 8.5x11 & 8.5x14 | 0.64 |
| 1 | PNG Color S/S 8.5x11 & 8.5x14 | 0.64 |
| 1 | PNG Color S/S 8.5x11 & 8.5x14 | 0.64 |
| 1 | PNG Color S/S 8.5x11 & 8.5x14 | 0.64 |
| 1 | PNG Color S/S 8.5x11 & 8.5x14 | 0.64 |
| 1 | PNG Color S/S 8.5x11 & 8.5x14 | 0.64 |
| 1 | PNG Color S/S 8.5x11 & 8.5x14 | 0.64 |

| | | |
|---|---|---|
| SubTotal | | 7.68 |
| District tax | | 0.00 |
| City tax | | 0.00 |
| County tax | | 0.16 |
| State tax | | 0.44 |
| Total | | USD $8.28 |



Tell us how we're doing and receive $5 off your next $30 print order*. Complete our survey by scanning the QR code below, visit **fedex.com/welisten**.



Offer expires 12/31/2022

*$5 off print order of $30.00 or more. Discount applies to orders placed in a FedEx Office store or online through FedEx Office® Print Online. Offer is valid at time of purchase only, no cash value and may not be discounted or credited toward past or future purchase, discount cannot be used in combination with custom-bid orders, other coupons, or discounts, including account pricing. Discount not valid on the following products and services: finishing only orders, self-service print, photo station, fax or scan, direct mail, EDDM® or postage. Does not apply to shipping, Custom Branded boxes, rush or delivery charges. Does not apply to retail products. No cash value. Offer void where prohibited or restricted by law. Products, services and hours may vary by location. © 2020 FedEx. All rights reserved. Offer expires 12/31/2022.

By submitting your project to FedEx Office or by making a purchase in a FedEx Office store, you agree to all FedEx Office terms and conditions, including limitations of liability.

Request a copy of our terms and conditions from a team member or visit **fedex.com/officeserviceterms** for details.



**FedEx**
Office

9648 Kenwood Rd
Blue Ash, OH 45242-6129
(513) 793-7870

Terminal: 0198MIX01
9/19/2022 09:56
Receipt #: 0198EZ46435
Type: Purchase

Acct #:************5007
AMERICAN EXPRESS
Chip Read
Auth No.: 860871
Mode: Issuer
AID: A000000025010801
NO CVM
CVM Result: 1F0202
TVR: 0000008000
IAD: 065A010360A002
TSI: F800
ARC: 00
APPROVED

The Cardholder agrees to pay the Issuer
of the charge card in accordance with
the agreement between the Issuer and
the Cardholder.



**FedEx**
Office

Tell us how we're doing and
receive $5 off your next $30
print order*. Complete our survey
by scanning the QR code below,
visit **fedex.com/welisten**.



Offer expires 12/31/2022

*$5 off print order of $30.00 or more. Discount applies to orders placed
in a FedEx Office store or online through FedEx Office® Print Online.
Offer is valid at time of purchase only, no cash value and may not be
discounted or credited toward past or future purchases, discount cannot
be used in combination with custom bid orders, other coupons, or
discounts, including account pricing. Discount not valid on the following
products and services: finishing only orders, self-service print, photo
station, fax or scan, direct mail, EDDM® or postage. Does not apply to
shipping, Custom Branded Boxes, rush or delivery charges. Does not
apply to retail products. No cash value. Offer void where prohibited or
restricted by law. Products, services and hours may vary by location.
© 2022 FedEx. All rights reserved. Offer expires 12/31/2022.

By submitting your project to FedEx Office
or by making a purchase in a FedEx Office
store, you agree to all FedEx Office terms
and conditions, including limitations
of liability.

Request a copy of our terms and
conditions from a team member or visit
**fedex.com/officeserviceterms** for details.

Give us feedback @ survey.walmart.com
Thank you! ID #:7SGUQ4T0878

# Walmart

513-777-2397 Mgr:ROBERT
8288 CINCINNATI DAYTON RD
WEST CHESTER OH 45069

```
ST# 02309 OP# 00787L TE# 68 TR# 05938
HP 63 BLACK    088929626740    22.98 X
HP 63 BLACK    088929626740    22.98 X
COPY PAPER     084235606159     5.57 X
COPY PAPER     084235606159     5.57 X
OCTOPUS        084299317070    27.00 X
BINDER         007771179390     8.76 X
BINDER         007771179390     8.76 X
BINDER         007771179390     8.76 X
2 DUR BNDR     693520539639     5.78 X
2 DUR BNDR     693520539639     5.78 X
2 DUR BNDR     693520539639     5.78 X
** VOIDED ENTRY **
BINDER         007771179390     8.76-X
** VOIDED ENTRY **
BINDER         007771179390     8.76-X
** VOIDED ENTRY **
BINDER         007771179390     8.76-X
2 DUR BNDR     693520539639     5.78 X
2 DUR BNDR     693520539639     5.78 X
2 DUR BNDR     693520539639     5.78 X
              SUBTOTAL         118.78
       TAX 1  6.500 %            7.72
               TOTAL           126.50
              HCARD TEND       126.50
CAPITAL ONE    **** **** **** 6494 I 1
APPROVAL # 07747Z
REF # 302200096880
PAYMENT SERVICE - A
AID A0000000041010
AAC 51A495D28E12AD7F
TERMINAL # SC010868
         01/22/23      17:43:02
            CHANGE DUE           0.00
         # ITEMS SOLD 11
TC# 2802 0010 6459 6144 5809 1
```



# Walmart

Become a member
Scan for free 30-day trial

Low Prices You Can Trust. Every Day.
        01/22/23      17:43:03
***CUSTOMER COPY***



02/03/2023 08:41 PM

```
ELECTRONICS
056070064 HP INK            T    $22.99
      Return by 03/06/2023
STATIONERY & OFFICE SUPPLIES
057119398 CarltonCards      T     $5.99
TOYS
086009447 Play-Doh          T    $15.99
            SUBTOTAL             $44.97
T = OH TAX 7.80000 on $44.97      3.51
              TOTAL              $48.48
            CASH                $100.00
            CHANGE DUE           $51.52
```

SOME PROMOTIONS MAY REDUCE THE
REFUND VALUE OF ITEMS

REC#2-3034-2557-0076-2151-2 VCD#759-265-944

Help make your Target Run better.
Take a 2 minute survey about today's trip

informtarget.com
User ID: 7696-5744-3992
Password: 378 488

CUENTENOS EN ESPANOL

Please take this survey within 7 days.

AO 88 (Rev. 02/14) Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action (page 2)

Civil Action No.    1:17CV305

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)*    Heather Cady

on *(date)*    1/14/23    .

☒ I served the subpoena by delivering a copy to the named person as follows:    ~~affixed to door~~  hand
delivered to Chris Cady, Heather Cady's husband
on *(date)*    1/14/23    ; or

☐ I returned the subpoena unexecuted because:    _____

_____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$    48.03

My fees are $    ~~——~~    for travel and $    22.00    for services, for a total of $    22.00    .

I declare under penalty of perjury that this information is true.

Date:    1/14/23

_____
*Server's signature*

Bernardino A. Elizondo
_____
*Printed name and title*

31 Citadel Dr.
Fairfield, OH 45014

_____
*Server's address*

Additional information regarding attempted service, etc.:

Civil Action No. 1:17CV305

# PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)*    Jana Ballinger

on *(date)*   01/14/2023

☐ I served the subpoena by delivering a copy to the named person as follows: Hand delivered to Jana Ballinger

on *(date)*        ; or

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$      48.56

My fees are $      for travel and $   22.00   for services, for a total of $    22.00

I declare under penalty of perjury that this information is true.

Date:   01/14/2023

                         *Server's signature*

                         Bernardino A. Elizondo
                         *Printed name and title*

            31 Citadel Dr.
            Fairfield, OH 45014

                         *Server's address*

Additional information regarding attempted service, etc.:

Civil Action No. 1:17CV305

# PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)*    Linda Tuttle

on *(date)*    1/14/23    .

☑ I served the subpoena by delivering a copy to the named person as follows:   Hand delivered
to Linda Tuttle's husband

         on *(date)*    1/14/23    ; or

☐ I returned the subpoena unexecuted because:  

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$    47.20    .

My fees are $    for travel and $   22.00   for services, for a total of $   22.00   .

I declare under penalty of perjury that this information is true.

Date:   1/14/23

                           *Server's signature*

                         Bernardino A. Elizondo
                           *Printed name and title*

                       31 Citadel Dr.
                       Fairfield, OH 45014

                           *Server's address*

Additional information regarding attempted service, etc.:

Civil Action No. 1:17CV305

# PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)*    David  Washington, Jr.

on *(date)*    1/14/23     .

☑ I served the subpoena by delivering a copy to the named person as follows: affixed to door at 8303 Miranda Place, West Chester, OH  by direction of adult female who would not accept service on *(date)*    1/14/23    ; or

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$   48.41     .

My fees are $ _____ for travel and $   23.00   for services, for a total of $   23.00   .

I declare under penalty of perjury that this information is true.

Date:    1/14/23

_____
*Server's signature*

Bernardino A. Elizondo
*Printed name and title*

31 Citadel Dr.
Fairfield, OH 45014

_____
*Server's address*

Additional information regarding attempted service, etc.:

Civil Action No. 1:17CV305

# PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)*     Kim Slaton

on *(date)*     01/14/2023     .

☑ I served the subpoena by delivering a copy to the named person as follows: affixed to door of 2444 Madison Rd, Unit 1811, Cincinnati, OH

on *(date)*     01/14/2023     ; or

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$     42.62     .

My fees are $ _____ for travel and $   23.00   for services, for a total of $   23.00   .

I declare under penalty of perjury that this information is true.

Date:     01/14/2023

_____
*Server's signature*

Bernardino A. Elizondo
_____
*Printed name and title*

31 Citadel Dr.
Fairfield, OH 45014

_____
*Server's address*

Additional information regarding attempted service, etc.:

Civil Action No.     1:17CV305

# PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)*    Cheryl Welch

on *(date)*    1/14/23              .

☑ I served the subpoena by delivering a copy to the named person as follows:    Cheryl Welch

_____ on *(date)*    1/14/23         ; or

☐ I returned the subpoena unexecuted because: _____

_____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$        50.65                    .

My fees are $ _____ for travel and $     22.50      for services, for a total of $     22.00       .

I declare under penalty of perjury that this information is true.

Date:    1/14/23

_____
*Server's signature*

Bernardino A. Elizondo
_____
*Printed name and title*

31 Citadel Dr.
Fairfield, OH 45014

_____
*Server's address*

Additional information regarding attempted service, etc.:

Civil Action No. 1:17CV305

# PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)*     Tammy  Maxwell

on *(date)*  01/14/2023  .

☑ I served the subpoena by delivering a copy to the named person as follows: Hand delivered
to Matthew Ritchie, relative of Tammy Maxwell
_____ on *(date)*  01/14/2023  ; or

☐ I returned the subpoena unexecuted because: _____

_____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$       55.30      .

My fees are $ _____ for travel and $    22.50    for services, for a total of $    22.00    .

I declare under penalty of perjury that this information is true.

Date:  01/14/2023

_____
*Server's signature*

Bernardino A. Elizondo
_____
*Printed name and title*

31 Citadel Dr.
Fairfield, OH 45014

_____
*Server's address*

Additional information regarding attempted service, etc.:

Civil Action No.  1:17CV305

# PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)*  Jamie Wilson

on *(date)*  1/14/23

☑ I served the subpoena by delivering a copy to the named person as follows: affixed to door

at 35 Holmes Ct, Hamilton, OH

on *(date)*  1/14/23  ; or

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$  47.27

My fees are $ _____ for travel and $ 22.00 for services, for a total of $ 22.00

I declare under penalty of perjury that this information is true.

Date:  1/14/23

_____
*Server's signature*

Bernardino A. Elizondo
_____
*Printed name and title*

31 Citadel Dr.
Fairfield, OH 45014
_____
*Server's address*

Additional information regarding attempted service, etc.:

Civil Action No. 1:17CV305

# PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)*    Kelly Heile (aka Kelly Luman)

on *(date)*  1/14/23  .

☑ I served the subpoena by delivering a copy to the named person as follows: *Kelly Heile*

*Was hand delivered the subpoena.*

                                        on *(date)*    1/14/23    ; or

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$    54.65    .

My fees are $         for travel and $  22.00    for services, for a total of $  22.00  .

I declare under penalty of perjury that this information is true.

Date:  1/14/23

                                          *Server's signature*

                                       Bernardino A. Elizondo

                                        *Printed name and title*

                          31 Citadel Dr.
                          Fairfield. OH 45014

                                          *Server's address*

Additional information regarding attempted service, etc.:

| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| KIMBERLY EDELSTEIN, ESQ.<br>1751 W. 72nd PLACE<br>Indianapolis, IN 46260<br>*Telephone No:* 614-975-2400 | | | | |
| *Attorney for:* Plaintiff | | *Ref. No. or File No.:* | | |
| *Insert name of Court, and Judicial District and Branch Court:* | | | | |
| United States District Court For The Southern District Of Ohio | | | | |
| *Plaintiff:* KIMBERLY EDELSTEIN | | | | |
| *Defendant:* GREG STEPHENS | | | | |

| **AFFIDAVIT OF SERVICE**<br>**SUBPOENA TO APPEAR AN** | *Hearing Date:*<br>Thu, Jan. 26, 2023 | *Time:*<br>9:00AM | *Dept/Div:* | *Case Number:*<br>1:17CV305 |
|---|---|---|---|---|

1. *At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the SUBPOENA TO APPEAR AND TESTIFY AT A HEARING OR TRIAL IN A CIVIL ACTION

3. a. *Party served:*      TAMARA SACK
   b. *Person served:*      party in item 3.a., White, Female, 58 Years Old, Brown Hair, 5 Feet 3 Inches, 135 Pounds

4. *Address where the party was served:*      1317 Cliff Drive
   SANTA BARBARA, CA 93109

5. *I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Sun., Jan. 08, 2023 (2) at: 4:21PM
   b. I received this subpoena for service on:      Friday, January 06, 2023

6. *Witness fees were offered or demanded, and paid:*      <u>$40.00</u>

7. *Person Who Served Papers:*             *Fee for Service:*      $135.00
   a. Colleen M. Dennis
   b. **UNITED PROCESS SERVERS, Inc.**
       142 East Figueroa Street
       Santa Barbara, CA 93101
   c. 805 966-2102

8. *I declare under penalty of perjury under the laws of the State of OHIO and under the laws of the United States Of America that the foregoing is true and correct.*

AFFIDAVIT OF SERVICE          *(Colleen M. Dennis)*
SUBPOENA TO APPEAR AND

                                             kedel.235044

# Huntington Online Viewer



Huntington customers can access check images for free through Online Banking - Enroll Now!

**Front:**



Kimberly Edelstein
9384 Cantlia Ln.
BlueCash, OH  45242

No. 1869

Date 1/13/23

Pay to the Order of  Gary Yates                              $ 130.13

one hundred thirty  13/100                              Dollars

HUNTINGTON
WWW.HUNTINGTON.COM

For Withis Persecution

15-1454/200

⑈04,20⑈54,2⑈  ⑈0⑈1869

**Back:**

ENDORSE HERE

Gary W. Yates

☐ CHECK HERE FOR MOBILE OR REMOTE DEPOSIT ONLY

AT _____ NAME OF FINANCIAL INSTITUTION _____ DATE _____
DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

90347330000300

Check
Drawer: 30
Transit 28        1/31/2023
Account #   0     3:32:53 PM

Transaction Amount  $130.13

**Kimberly Edelstein, Esq.**
9384 Cardinal Ct
Blue Ash, OH 45242-6702

1073

13-1542/420

12/29 20 22

Pay to the Order of  Dr. Ken Manges   $ 3,500.00

three thousand five hundred ——————— oo/100 Dollars

The Huntington National Bank

Edelstein v. Stephens (1:17CV305)
For testimony fee

⑈04201542 2⑈  1073

20230106 000100018471 07000076

| Posted Date | 20230109 |
|---|---|
| R/T | 42015422 |
| Bank | 101 |
| Check | 1073 |
| Account | |
| Amount | $3500.00 |
| DIN | 511001085 |
| Tran. Code | 79 |
| Media | MO- |
| Cr Acct | 1012001 |
| RSN | 0 |
| Cr DIN | 511000004 |

**Kimberly Edelstein, Esq.**
9384 Cardinal Ct
Blue Ash, OH 45242-6702

**1000**

13-1542/420

10/26 2018

Pay to the
Order of  Andrew Steed                               $ 68.75

sixty — eight                                      75/100  Dollars

The Huntington National Bank

For Deposition fee and mileage

00011  09989  0008   11/02/2018  11:04 USB
TR CK  0998900130117641311000B          H

Kimberly Edelstein  $68.75

⑆042015422⑆ ▉▉▉▉▉⑆ 1000

| | |
|---|---|
| Posted Date | 20181102 |
| R/T | 42015422 |
| Bank | 101 |
| Check | 1000 |
| Account | ▉▉▉▉▉ |
| Amount | $68.75 |
| DIN | 751589319 |
| Tran. Code | 79 |
| Media | -O- |
| Cr Acct | 1012001 |
| RSN | 0 |

**Kimberly Edelstein, Esq.**
9384 Cardinal Ct
Blue Ash, OH 45242-6702

1001

13-1542/320

Pay to the Order of _Keith Spaeth_ | $ 61.85

_sixty — one_ _____ 85/100 Dollars

The Huntington National Bank

For _Deposition fee and mileage_ _Kimberly Edelstein_

⑆04201542⑆ ⬛⬛⬛⬛⬛ ⑈ 1001

| | |
|---|---|
| Posted Date | 20181107 |
| R/T | 42015422 |
| Bank | 101 |
| Check | 1001 |
| Account | ⬛⬛⬛⬛ |
| Amount | $61.85 |
| DIN | 731027356 |
| Tran. Code | 79 |
| Media | -O- |
| Cr Acct | 1012001 |
| RSN | 0 |

**Kimberly Edelstein**
**Eliott Edelstein**
9384 Cardinal Ct
Blue Ash, OH 45242-6702

EXHIBIT E
TO AFFIDAVIT

1522
13-1542/420

5/5 20 17

PAY TO THE ORDER OF _Clerk, US District Court_ | $ 400.00

_four hundred_ 00/100 DOLLARS

**Huntington National Bank**

FOR (513) 792-0331 (case #1:17-CV-305)

⑆04201542⑆ 1522

⑉042000314⑈

| | |
|---|---|
| Posted Date | 20170509 |
| R/T | 42015422 |
| Bank | 101 |
| Check | 1522 |
| Account | |
| Amount | $400.00 |
| DIN | 720052798 |
| Tran. Code | 79 |
| Media | -O- |
| Cr Acct | 1012001 |
| RSN | 0 |
| Cr DIN | 720050809 |



↑ **854909** ↑

2/26290616/170959100/059984
@580 Garage
01/25/23 10:29   WALNUT EN

391970

01/25/23 16:59 10 MC
$18.00

CREDIT/DEBIT CARD AT GATE
cash paystations located
on levels A/B and Plaza
by the elevators



↑ **251709** ↑

0/25110615/170959100/059721
@580 Garage
01/24/23 08:31   MAIN EN

217150

01/24/23 17:27 10 MC
$18.00

CREDIT/DEBIT CARD AT GATE
cash paystations located
on levels A/B and Plaza
by the elevators



↑ **551309** ↑

5/24810614/170959100/059351
@580 Garage
01/23/23 08:01   MAIN EN

217023

1/23/23 16:55 10 MC
.00

CREDIT/DEBIT CARD AT GATE
cash paystations located
on levels A/B and Plaza
by the elevators



↑ **663601** ↑

4/25690622/170959100/061663
@580 Garage
01/31/23 09:29   WALNUT EN

392832

01/31/23 17:13 10 MC
$18.00

CREDIT/DEBIT CARD AT GATE
cash paystations located
on levels A/B and Plaza
by the elevators



↑ **661400** ↑

9/25040618/170959100/060461
@580 Garage
01/27/23 08:24   WALNUT EN

392231

01/27/23 17:26 40 MC
$18.00

CREDIT/DEBIT CARD AT GATE
cash paystations located
on levels A/B and Plaza
by the elevators



↑ **968100** ↑

1/25030617/170959100/060198
@580 Garage
01/26/23 08:23   WALNUT EN

392085

/26/23 17:11 10 MC

CREDIT/DEBIT CARD AT GATE
cash paystations located
on levels A/B and Plaza
by the elevators



↑ **561402** ↑

8/24980625/170959100/062451
@580 Garage
02/03/23 08:18   WALNUT EN

393290

02/03/23 14:41 40 MC
$18.00

CREDIT/DEBIT CARD AT GATE
cash paystations located
on levels A/B and Plaza
by the elevators



↑ **562102** ↑

4/25020624/170959100/062152
@580 Garage
02/02/23 08:22   WALNUT EN

393120

/2/23 17:10 10 MC

CREDIT/DEBIT CARD AT GATE
cash paystations located
on levels A/B and Plaza





↑ **662801** ↑

2/25110623/170959100/061862
@580 Garage
02/01/23 08:31   WALNUT EN

392940

0  /1/23 16:53 10 MC
$18.00

CREDIT/DEBIT CARD AT GATE





 **069401**

2/24950621/170959100/061409
@580 Garage
01/30/23 08:15    WALNUT EN

392722

01/30/23 17:17 10 MC
$18.00

## CREDIT/DEBIT CARD AT GATE
cash paystations located
on levels A/B and Plaza
by the elevators

```
*********************
United Dairy Farmers
    9472 Kenwood
   Cincinnati, OH
*********************
STORE #64
- Original -
Receipt #   39406   Date 01/31/23 17:51
```

| Product | Price |
|---------|-------|
| Pump 3  UNLEADED | $ 42.90 |
| Gallons: 12.620 | |
| Price / Gal:$ 3.399 | |
| Total : | $ 42.90 |

```
Capture

MasterCard
XXXXXXXXXXXX6494
Chip Read

USD$ 42.90

CAPITAL ONE
Mode: Issuer
AID: A0000000041010
TVR: 0000008000
IAD:
XXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXX
TSI: E800
ARC: 00
ARQC:
AEFE39DABD245C1E


01/31/2023 17:47:24

I agree to pay the
above Total Amount
according to Card
Issuer Agreement.
Term: XXXXXXXXX1001
Appr: 09338Z
Seq#: 031187

Tell us how we did and get a 16oz Coffee
or a 22oz Fountain Drink for $0.50
1) Visit www.UDFfeedback.com
   or call 1-800-459-8742
2) Enter Store# 64
3) Leave Feedback
4) Write Code
5) Bring receipt with code to any UDF
   location to receive your disounted
   drink with next purchase

We look forward to seeing you soon!
Offer Expires 03/31/2023

UDF Gallon Milk 2/$7
with your U-Drive card

T H A N K   Y O U
Please Come Again
```

```
 lcome to Shell
   443022801
 lligan Oil 1222
 188 PLAINFIELD RD
BLUE ASH      OH
45236
--------------------
1/23/2023 17:25:49
Unleaded
PUMP No.        06
GALLONS     11.871
PRICE/GAL   $3.499
TOTAL FUEL  $41.54

TOTAL AMOUNT  $41.54

CAPITAL ONE
USD$41.54
XXXX XXXX XXXX 6494
Chip Read
APPROVED
AUTH # 00535Z
INV # 265728
Mode: Issuer
AID: A0000000041010
TVR: 0000008000
IAD: 0110A0400122000
     000000000000000
     0000FF
TSI: E800
ARC: 00

     Thanks
For Your Business
```

$397.50 - ½ month rental
to Richard Flannery
ck.#1885

**SPEEDWAY**      0009616-Vandalia,OH
830 East National Road      45377-3028
(937)890-6070      1/22/2023 1:30:28 PM
Trans# 9355156 Reg: 100

Pay At Pump Sale
Pump # 8 Regular Unleaded
12.250 Gallons @ $3.429/Gal      42.01

| | |
|---|---|
| Sub. Total: | $42.01 |
| Tax: | $0.00 |
| Total: | $42.01 |
| Master Card: | $42.01 |
| Change | $0.00 |

Master Card
Card Num :
XXXXXXXXXXXX6494
TERM: 0050009616001
TRANS TYPE: CAPTURE
APPR#: 04308Z
ENTRY METHOD: Chip
Card

USD$ 42.01

CAPITAL ONE
AID: A0000000041010

01/22/2023 13:28:06

Cardholder agrees to
pay to issuer total
charges per the
agreement between
cardholder & issuer.

Now Hiring!
Apply at Speedway.com/careers
or text SPEEDWAY to 25000
www.speedway.com

---

**SPEEDWAY**      0005298-Troy,OH
1894 West Main Street      45373-2304
(937)339-6448      1/29/2023 10:24:31 A
Trans# 2019816 Reg: 2
Cassandra

Prepay Pump # 4 Regular Unleaded
12.274 Gallons @ $3.259/Gal      40.00

| | |
|---|---|
| Sub. Total: | $40.00 |
| Tax: | $0.00 |
| Total: | $40.00 |
| Cash | $40.00 |
| Change | $0.00 |

Now Hiring!
Apply at Speedway.com/careers
or text SPEEDWAY to 25000
www.speedway.com

**Kimberly Edelstein, Esq.**
9384 Cardinal Ct
Blue Ash, OH 45242-6702

1072

13-1542/420

12/29 20 22

Pay to the
Order of    Dr. Ken Manges                              1   $ 980.00

nine hundred eighty                                    00/100   Dollars

The Huntington National Bank

Edelstein v. Stephens (1:17CV305)
For review and consultation

⑈:0420154221⑈  ▮▮▮▮▮▮▮▮▮  ⑈ 1072

---

20230106  000100018472  07000076

PAY TO THE ORDER OF
PNC BANK, OHIO, N.A.
CINCINNATI, OH
43-0398 4
FOR DEPOSIT ONLY
KENNETH J. MANGES, Ph.D
& ASSOCIATES, INC.
0170252

---

| | |
|---|---|
| Posted Date | 20230109 |
| R/T | 42015422 |
| Bank | 101 |
| Check | 1072 |
| Account | ▮▮▮▮▮▮▮ |
| Amount | $980.00 |
| DIN | 511001086 |
| Tran. Code | 79 |
| Media | MO- |
| Cr Acct | 1012001 |
| RSN | 0 |
| Cr DIN | 511000004 |



# Dr. Kenneth J. Manges
## & ASSOCIATES INC.

EVALUATION, TREATMENT & CONSULTATION SERVICES

June 11, 2021

Ms. Kimberley Edelstein
9384 Cardinal Ct.
Cincinnati, OH. 45242

Re: Psychological and vocational evaluation, interview, and report

Invoiced at $350.00 per hour..................................................................$3,240.00

FEIN# 31-1389228

Respectfully,

Kenneth J. Manges, Ph.D., D- ABVE, CIPE, D-ABPDC, D-ABFE, F-NCCM
Ohio Licensed Psychologist #3656, Forensic Psychologist, Vocational Specialist,
American Board of Vocational Experts/Diplomate, Certified International Psychometric
Evaluator, American Board of Professional Disability Consultants/ Diplomate, American
Board of Forensic Examiners/ Diplomate, and National Center for Crisis
Management/Fellow

**Kimberly Edelstein, Esq.**
9384 Cardinal Ct
Blue Ash, OH 45242-6702

1019

12-1542/420

12/31 2018

*Pay to the Order of* Paul Croushore                    $ 2,024.00

~~two thousand twenty-four~~ ————————— 00/100 —— *Dollars*

**The Huntington National Bank**

For legal fees + $24.00 costs          Ki Edelste          MP

⑆04201542 2⑆ ▆▆▆▆▆▆ ⑈ 1019

---

>042200910< 20190108
**First Financial Bank**
55503  23

<042200910> 55503 23 01/08/19

PAY TO THE ORDER OF
FIRST FINANCIAL BANK
042200910
FOR DEPOSIT ONLY
THE LAW OFFICES OF
PAUL CROUSHORE
5310146146

---

| | |
|---|---|
| Posted Date | 20190108 |
| R/T | 42015422 |
| Bank | 101 |
| Check | 1019 |
| Account | ▆▆▆▆▆ |
| Amount | $2024.00 |
| DIN | 721228797 |
| Tran. Code | 79 |
| Media | -O- |
| Cr Acct | 1012001 |
| RSN | 0 |
| Cr DIN | 721222464 |