```
            UNITED STATES OF AMERICA
      EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
               CINCINNATI AREA OFFICE


_____
                           :
KIMBERLY EDELSTEIN,        : EEOC Nos.
                           : 473-2017-00341
     Complainant,          : 473-2018-00055
                           :
     v.                    :
                           :
JUDGE GREGORY STEPHENS     :
   and BUTLER COUNTY,      :
     Respondents.          :
_____:
```

**Volume I**

**Videoconference**

**Wednesday, July 7, 2021**

**The hearing commenced at 9:00 a.m. EDT**

**BEFORE:**

**THE HONORABLE SUSAN L. BIRO,**

**Administrative Judge**

**APPEARANCES:**

**On behalf of the Complainant:**

    **KIMBERLY EDELSTEIN, ESQ. pro se**

    **9384 Cardinal Court**

    **Cincinnati, Ohio 45242**

    **(614) 975-2400**

    **kedelsteinesq@cinci.rr.com**

**On behalf of the Respondents:**

    **LINDA L. WOEBER, ESQ.**

    **COOPER BOWEN, ESQ.**

    **Montgomery Jonson LLP**

    **600 Vine Street, Suite 2650**

    **Cincinnati, Ohio 45202**

    **(513) 768-5239**

    **lwoeber@mojolaw.com**

```
                         CONTENTS
WITNESS                   DIRECT CROSS REDIRECT RECROSS
Gregory Stephens           10
Melinda Barger            169    282    306
                                        343
Kimberley Edelstein 351


EXHIBIT NO.                                    MARK RECD
Joint
1-10, 12-14                                      7    7

Complainant

110     Stephens Response to                    24
        Interrogatories
45      Letter from Woeber to Klingler          32    34
112     Stephens Response to Admissions         34
131     Stephens Response to Request            44
        for Production of Documents
21      Amended Federal Complaint               46
108     Stephens Answer to Amended              47
        Complaint
44      Request to Employer for                 50
        Separation Information
125     Deposition of Gary Yates                51
96      Stephens Response to EEOC Charge        63
97      Stephens Affidavit re EEOC Charge       64
A114    Stephens Supp. Response to OC           66
        (Amended)
134     Stephens Supp. ROG Verification         66
135     RMC v. Beiser                           68
78      Email re: Jewish High Holy Days         70
136     Christman v. Aztech                     72
137     Federal National Mortgage v. Lyons      75
138     Grizzel v. Buehrer                      78
139     Highlander v. YRC Freight               80
140     Kipus v. Bush                           86
141     Vickers v. Peck                         90
142     Wendling v. Sturgill                    96
```

152

1  Q  Okay. If you look at the section
2  entitled: About us, it gives a description of the
3  church. Could you please read the sentence
4  regarding the church's doctrinal adherence?
5  A  Well, I can read it, but I didn't
6  prepare this, so I don't -- it's what it says it
7  is. We adhere doctrine of the Baptist faith
8  messages adopted by the Southern Baptist
9  Convention in 2000, and we covenant to serve the
10 Lord together according to the scriptures as
11 summarized here. And it appears to have a
12 hyperlink. Once again, I did not prepare any of
13 this information.
14  Q  Okay. Well, let me ask you. When a
15 church is affiliated with the Southern Baptist
16 Convention, is it common to adopt their message
17 of faith and -- their faith and message?
18  A  Some churches do, some churches don't.
19 They don't have to. Also, the Baptist Churches
20 operate independently.
21  Q  Okay. Well, let me ask you. When you
22 worked at Sharon Baptist Church and First Baptist

153

1  Church of Ross, were they affiliated -- did --
2  I'm sorry -- rather, did they adopt the Southern
3  Baptist faith and message?
4  A  I do not know because I never had on
5  a personal level. I just preached the Bible and
6  that's all I've ever adopted. I couldn't even
7  tell you what the Baptist faith and message says.
8      MS. EDELSTEIN: Okay. Well, if I may
9  turn to CX 102.
10     (Whereupon, the above-referred to
11 document was marked as Exhibit CX 102 for
12 identification.)
13     BY MS. EDELSTEIN:
14  Q  I will go ahead and ask you a little
15 bit about it and maybe you can tell me where I'm
16 wrong. This document is listed at the top as the
17 Baptist faith and message adopted in 2000 by the
18 Southern Baptist Convention. Do you see that?
19  A  I see that's the title, yes.
20  Q  Okay. And that is the same title that
21 is listed on the about us on CX 101; is that
22 correct?

154

1  A  That wording is on that document, yes.
2  Q  Okay. So if you could explain,
3  please, for my benefit, on page 3.
4  A  Okay.
5  Q  There is a paragraph that is Roman
6  numeral 4?
7  A  Yes.
8  Q  And the first paragraph in there. If
9  you look at this section, it's entitled
10 salvation. And I was wondering if you could
11 explain the last sentence.
12  A  Do you mean what it says or what I
13 believe?
14  Q  What it says.
15  A  Okay. What it says is: There is no
16 salvation apart from personal faith in Jesus
17 Christ's Word.
18  Q  Okay. Now, let me ask you, do you
19 hold that belief?
20  A  I would not phrase my belief the way
21 it phrases the belief.
22  Q  Okay. Well, what part of that belief

155

1  do you disagree with?
2  A  It's not necessarily a disagreement,
3  it's a clarification. Different terms mean
4  different things to different Christian people.
5  So I -- without having any other direct knowledge
6  of this document, I cannot tell you that I feel
7  comfortable knowing what the intended meaning of
8  that sentence is.
9  Q  Okay. Well, let me ask you, if you
10 will take a moment to look over section 4. I'd
11 like to ask you about your belief on that.
12  A  Well, can you just ask me without me
13 reviewing section 4? I'll be happy to tell you.
14  Q  Okay. So do you believe that
15 salvation can occur without acceptance of JC,
16 referring to Jesus Christ?
17  A  You talking about Jesus Christ?
18  Q  Yes.
19  A  No, I do not believe. I do -- I
20 believe you have to accept the forgiveness of
21 Jesus Christ to have forgiveness with God.
22  Q  Okay. And does that acceptance

156

1  include a personal faith in JC?
2      THE WITNESS: Your Honor, again, for
3  the record, can we -- can she say Jesus Christ,
4  so I know that that's what she's referring to?
5      JUDGE BIRO: Yes.
6      MS. EDELSTEIN: I apologize.
7      JUDGE BIRO: It's disrespectful.
8      MS. EDELSTEIN: I --
9      JUDGE BIRO: Please refer to Jesus
10 Christ as it is.
11     MS. EDELSTEIN: Okay. Just so you're
12 aware, for the record, it is against my religion
13 to refer to other deities, but I will go ahead
14 for this and state Jesus Christ.
15     THE WITNESS: Can you repeat the
16 question, please.
17     BY MS. EDELSTEIN:
18  Q  Yes. Is -- does that salvation
19 involve having a personal faith in Jesus Christ?
20  A  It involves a personal faith that
21 Jesus Christ died to pay the penalty of our sins,
22 yes.

157

1   Q  Okay. So may I ask you, why is
2  salvation important in your religion?
3   A  Forgiveness is necessary to have an
4  eternal home in heaven with God. The alternative
5  is condemnation and eternal separation from God.
6  That's why it's important.
7   Q  Okay. And does that mean then that in
8  your belief system, if you -- if a person does
9  not accept Jesus Christ as their savior, they
10 cannot achieve salvation?
11  A  I believe the Bible teaches that there
12 is no forgiveness of sin unless you trusted Jesus
13 Christ to do that for you.
14  Q  So there's no other path to salvation
15 or a life in eternal heaven?
16  A  According to these spiritual beliefs
17 and practices that I hold, no, there is not.
18  Q  Okay. Thank you. Could you please
19 turn to page 5 of this document. There is a
20 subsection heading that's marked with the Roman
21 numeral 10?
22  A  Yes.

158

1   Q  Do you see the sentence that starts
2  with: The unrighteous?
3   A  Yes.
4   Q  Okay. Could you please read that.
5   A  The unrighteous will be consigned to
6  hell, the place of ever-lasting punishment.
7   Q  Do you hold that belief?
8   A  I believe hell is a literal place and
9  anyone that is not forgiven of their sins is
10 separated from God forever. Actually,
11 technically in the lake of fire because hell was
12 cast into the lake of fire according to the book
13 of Revelation.
14  Q  Okay. And therefore, a person who
15 does not accept Jesus Christ will not achieve
16 salvation and the alternative then is to end up
17 in hell?
18  A  Hell and then the lake of fire, yes.
19  Q  Okay. Could you explain for my
20 benefit, please, what the lake of fire is?
21  A  Not really. Revelation 21 or 22 talks
22 about death and hell being cast into the lake of

159

1  fire. I take it literal. I assume that means an
2  eternal big lake of fire.
3   Q  Okay. So based on your religion, it's
4  a very serious situation to be condemned to hell;
5  is that correct?
6   A  Yes.
7   Q  And is that part of the reason why
8  salvation is very important to you?
9   A  It will be the only reason why
10 salvation is important, yes.
11  Q  Okay. Now, this sentence refers to
12 the unrighteous. Do you have any concept that
13 you can explain to me of what you believe
14 unrighteous people are?
15  A  We're all unrighteous. We only have
16 righteousness in the completed work of Jesus
17 Christ.
18  Q  Okay. So you're referencing that man
19 is sinful originally?
20  A  Yes.
21  Q  Okay.
22  A  What do you mean by originally?

160

1  Q   In other words, that man is born
2  sinful?
3  A   Yes, because of the original sin of
4  Adam and Eve, yes.
5  Q   Okay. Thank you for clarifying that.
6  And is it your religious belief that in order to
7  change a circumstance, the person would have to
8  become unsinful?
9  A   You'll have to clarify that question.
10 Q   If a person is originally a sinful
11 person, they have to undergo some process to
12 become not sinful; is that correct?
13 A   No, that's not correct because we're
14 still sinful. You have to accept that Jesus
15 Christ died to forgive you of your sins.
16 Q   Okay.
17 A   Your sins are forgiven you, it does
18 not make me perfect or sinless.
19 Q   Okay. So you are still sinful but you
20 are simply forgiven?
21 A   Yes.
22 Q   Okay. Could you turn to page 6,

161

1  please.
2  A   Still on CX 102?
3  Q   Correct. Thank you. The first
4  paragraph is still under subheading 10.
5  A   Yes.
6  Q   Could you read the first sentence to
7  me that talks about a duty and privilege.
8  A   It's the duty and privilege of every
9  follower of Christ and of every church of the
10 Lord, Jesus Christ, to endeavor to make disciples
11 of all nations.
12 Q   Okay. And the churches of the Lord
13 Jesus Christ would include the Sharon Baptist
14 Church, the Talawanda Baptist Church, and the
15 First Baptist Church of Ross; is that correct?
16 A   Yes.
17 Q   Okay. And when -- it indicates that
18 it's a duty to endeavor to make disciples of the
19 nation -- of all nations. What does that duty
20 entail?
21 A   It entails sending missionaries all
22 around the world, preaching the gospel, and

162

1  teaching them how to know God better through
2  Jesus Christ's sacrifice, and also educating them
3  about the Bible.
4  Q   Okay. So a large component of that is
5  education?
6  A   Sure.
7  Q   Okay. And what does it mean by
8  privilege?
9  A   I don't know. I didn't write it.
10 Q   Okay. Well, do you have -- do you
11 hold this belief that it's a duty and privilege
12 of every follower of Christ to endeavor to make
13 disciples of all nations?
14 A   I believe it's a command based on the
15 last chapters of Matthew and Mark. I would never
16 phrase it as the duty of privileged.
17 Q   Okay. How would you explain then that
18 doctrinal from Matthew?
19 A   I just said, I take it as a command.
20 That's the expectation that God has for me, is
21 that I try to lead people to salvation through
22 Christ.

163

1  Q   Okay. So if I understand the word
2  command correctly, that's something that you must
3  do; is that correct?
4  A   That's how I interpret the word
5  command, yes.
6  Q   Okay. If we stay on page 6 and we
7  look at the section under 12, education. We were
8  talking about this a moment ago. Do you see the
9  first sentence that reads: Christianity is the
10 faith?
11 A   Yes.
12 Q   Okay. Could you read that, please.
13 A   Christianity is the faith of
14 enlightenment and intelligence.
15 Q   Okay. And do you see the section, two
16 sentences later, all sound learning?
17 A   Yes.
18 Q   Could you read that, please.
19 A   All sound learning is therefore a part
20 of our Christian heritage.
21 Q   Do you believe -- do you hold those
22 beliefs?

164

1  A  Well, once again, I can't put myself
2  in the mind of the author in terms of intent, but
3  I believe that as a Christian, I have a duty to
4  study my Bible and know God the best I can
5  through learning His word. That's my personal
6  belief.
7  Q  Okay. And do you believe that
8  Christianity is the faith of enlightenment and
9  intelligence?
10  A  Again, I don't know what's meant by
11  those words as used by the author. I can't
12  comment on that. But those are not words I would
13  use.
14  Q  Okay. So that is not something --
15  that would be a -- well, let me ask you this.
16  I'm sorry, scratch that.
17      Is there anything in your faith that
18  is similar or akin to this sentence?
19  A  Again, you have me at a disadvantage
20  not knowing what these terms were intended to
21  mean.
22  Q  Okay.

165

1  A  I don't know how to answer that
2  question. I'm sorry.
3  Q  Okay. Well, the sentence appears to
4  me to be that Christianity is a religion that
5  involves enlightenment of God. Is that your
6  belief also?
7  A  Well now since you're putting your
8  meaning on it, what do you mean by the word
9  enlightenment?
10  Q  Okay. Well, do you have any beliefs
11  regarding the place of Christianity and God's
12  favor?
13  A  I believe that through my Christian
14  beliefs and faith, that that's how I get to know
15  God better. I don't really know how else to
16  explain it.
17  Q  Is that the only way to have a
18  relationship with God?
19  A  According to the Bible.
20  Q  Is through Christianity?
21  A  According to the Bible, yes.
22  Q  Okay.

166

1      JUDGE BIRO: Ms. Edelstein, I'd like
2  to take a break for lunch before you move on to
3  the next topic.
4      MS. EDELSTEIN: Okay.
5      JUDGE BIRO: So whenever you're
6  finished with this topic, we'll break.
7      MS. EDELSTEIN: Okay. Well, Your
8  Honor, were you intending on taking an hour or
9  half hour break, if I may ask?
10     JUDGE BIRO: Whatever you need.
11     MS. EDELSTEIN: Okay. I am finished
12  with my line of questions for Mr. Stephens. So
13  if you would like to take a break and then we can
14  have Melinda Barger back after lunch, that would
15  work.
16     JUDGE BIRO: We have to have an
17  opportunity to pause for cross-examination.
18     MS. EDELSTEIN: Sure.
19     JUDGE BIRO: So we'll continue with
20  that after lunch.
21     MS. EDELSTEIN: Okay.
22     JUDGE BIRO: Ms. Woeber, how long do

167

1  you need?
2      MS. WOEBER: Your Honor, I think we
3  would like to reserve direct to Judge Stephens
4  for our case.
5      JUDGE BIRO: That's fine. How long do
6  you need for lunch?
7      MS. EDELSTEIN: I apologize. The
8  microphone broke out.
9      JUDGE BIRO: I was asking Ms. Woeber
10  how much -- how long does she want to take for
11  lunch?
12     MS. WOEBER: We're flexible. Half
13  hour, 45 minutes would be fine with us.
14     JUDGE BIRO: Okay. Let's say 45
15  minutes. We'll come back at 12:45.
16     MS. WOEBER: Would you like --
17     JUDGE BIRO: And in recess.
18     MS. WOEBER: -- would you like us to
19  have Ms. Barger ready by then?
20     JUDGE BIRO: That would be lovely.
21  Thank you.
22     MS. WOEBER: Thank you.