UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

Nos. 23-3205/24-3243

KIMBERLY A. EDELSTEIN,

    Plaintiff-Appellant [23-3205],
    Cross-Appellee [24-3243],

v.

JUDGE GREG STEPHENS, Individually and in His Official Capacity,

    Defendant-Appellee [23-3205],
    Cross-Appellant [24-3243],

and

BUTLER COUNTY, OH; MICHAEL T. GMOSER, Individually and in His Official Capacity; DANNY L. FERGUSON, Individually and in His Official Capacity,

    Defendants-Appellees [23-3205].

Before: STRANCH, READLER, and MATHIS, Circuit Judges.

**JUDGMENT**

On Appeal from the United States District Court
for the Southern District of Ohio at Cincinnati.

THIS CAUSE was heard on the record from the district court and was submitted on the briefs without oral argument.

IN CONSIDERATION THEREOF, it is ORDERED that the judgment of the district court is AFFIRMED.

**ENTERED BY ORDER OF THE COURT**

*Kelly L. Stephens*
Kelly L. Stephens, Clerk